KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  *rkendall@kbkfirm.com*
Robert N. Klieger (192962)
  *rklieger@kbkfirm.com*
Gabriel D. Miller (243359)
  *gmiller@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone:  310.556.2700
Facsimile:  310.556.2705

GIPSON HOFFMAN & PANCIONE
A Professional Corporation
GREGORY A. FAYER (232303)
ELLIOT B. GIPSON (234020)
1901 Avenue of the Stars, Suite 1100
Los Angeles, California  90067
Telephone:  310.556.4660
Facsimile:  310.556.8945

Attorneys for Plaintiff
CYBERsitter, LLC d/b/a
Solid Oak Software

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software,<br><br>Plaintiff,<br><br>v.<br><br>CBS Interactive Inc., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 09-cv-7245 (AHM) (SSx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>The Honorable A. Howard Matz<br><br>Complaint served:  October 5, 2009<br>Current response date:  October 26, 2009<br>New response date:  November 25, 2009 |

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

## STIPULATION

WHEREAS, Plaintiff CYBERsitter, LLC, d/b/a Solid Oak Software initiated the above-captioned action on October 5, 2009;

WHEREAS, Plaintiff served Defendant CBS Interactive Inc. with the Complaint on October 6, 2009;

WHEREAS, pursuant to Local Rule 8-3, the parties have agreed to extend Defendant's deadline to answer or otherwise respond to the Complaint thirty (30) days from October 26, 2009, to November 25, 2009; and

WHEREAS, the parties have agreed that any motion filed in response to the Complaint shall be noticed for hearing no fewer than twenty-eight (28) days from the date such motion is filed;

NOW THEREFORE, the parties stipulate and jointly request that Defendant's deadline to answer or otherwise respond to the Complaint be continued to November 25, 2009.

Dated: October 21, 2009        KENDALL BRILL & KLIEGER LLP

By: _____
Gabriel D. Miller
Attorneys for Defendant
CBS Interactive Inc.

Dated: October 21, 2009        GIPSON HOFFMAN & PANCIONE

By: _____
Elliot B. Gipson
Attorneys for Plaintiff CYBERsitter, LLC
d/b/a Solid Oak Software

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)